# STATE OF MICHIGAN

# COURT OF APPEALS

---

*In re* JOSEPH W. BROOKS III TRUST NUMBER
ONE.

---

CHARLES FRANKLIN WALKER,

        Petitioner-Appellant,

v

JOSEPH W. BROOKS III TRUSTEE

        Respondent-Appellee.

UNPUBLISHED
October 23, 2014

No. 314619
Ingham Probate Court
LC No. 10-001791-TV

---

Before: HOEKSTRA, P.J., and SAWYER and GLEICHER, JJ.

HOEKSTRA, P. J., *(concurring).*

    I concur in the result only.


                         /s/ Joel P. Hoekstra